**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:05CR214-MU**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | <u>O R D E R</u> |
| | ) | |
| **REGINALD EUGENE STATEN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

_____

**THIS MATTER** is before the Court on Defendant's "Motion To Suppress Evidence, Statements, And Other Evidence" (document #12) filed January 25, 2006. Before a hearing is scheduled on Defendant's motion, counsel will be required to meet <u>in person</u> to discuss their respective positions, including the possibility of a mutually acceptable plea agreement. Thereafter, unless Defendant explicitly withdraws his motion, the undersigned will require a written response from the Government.

**NOW THEREFORE**, in the interest of the fair and efficient administration of justice:

1. Counsel shall meet <u>in person</u> **on or before Friday, February 10, 2006,** to discuss their respective positions--both regarding a fair and appropriate disposition of the charges generally, and regarding Defendant's Motion To Suppress in particular.

2. Unless Defendant has withdrawn his Motion to Suppress **on or before Friday, February 17, 2006,** the Assistant U.S. Attorney

handling this case (C. Nicks Williams) shall prepare and file a written response to Defendant's contentions on that date. <u>In addition to filing, a copy of the Government's response shall be hand-delivered to the chambers of the undersigned the same day it is filed</u>.

3. If the "Motion to Suppress ... " is <u>not</u> withdrawn, a hearing shall be held thereon on **Wednesday, February 22, 2006, at 10:00 a.m.**, in the U.S. Magistrate Judge's Courtroom, First Floor, U.S. Courthouse, 401 W. Trade Street, Charlotte, N.C.

4. The Clerk is directed to send a copy of this Order to Ms. Osiguera; AUSA Williams; <u>and to the Honorable Graham C. Mullen</u>.

**SO ORDERED.**

Signed: January 26, 2006

_Carl Horn, III_

Carl Horn, III
United States Magistrate Judge