UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:05CR214-MU |
| | ) | |
| vs. | ) | **ORDER FOR DISMISSAL** |
| | ) | |
| REGINALD EUGENE STATEN, | ) | |
| | ) | |
| Defendant | ) | |

**THIS MATTER IS BEFORE THE COURT** on the Government's Motion to Dismiss the above captioned Bill of Indictment against Defendant. Leave of Court is hereby GRANTED for the dismissal of the Bill of Indictment in the above-captioned case without prejudice as to this Defendant only.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshall Service and the United States Attorney's Office.

**IT IS SO ORDERED.**

Signed: February 24, 2006

Graham C. Mullen
United States District Judge